**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Shavell Gordine<br><div align="right">Debtor</div><br><br>WELLS FARGO USA HOLDINGS, INC.<br><div align="right">Movant</div><br>v.<br>Shavell Gordine<br>Barrington Johnson  (CoDebtor)<br>and<br>William C. Miller, Esquire<br><div align="right">Respondents</div> | Case No. 17-12657 ELF<br><br>Chapter 13 |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Movant has filed a motion for relief from the automatic stay with the court to permit WELLS FARGO USA HOLDINGS, INC. to foreclose on 5215 Sylvester Street, Philadelphia, PA 19124.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **11/7/2018** you or your attorney must do <u>all</u> of the following:

   (a) file an answer explaining your position at:  United States Bankruptcy Clerk, United States Bankruptcy Court, United States Bankruptcy Court, Robert N. C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA  19107.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b)    mail a copy to the movant's attorney:    Jill Manuel-Coughlin, Esquire
                                                    Powers, Kirn, & Associates, LLC
                                                    8 Neshaminy Interplex, Suite 215
                                                    Trevose, PA 19053

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank  on **11/20/2018** at **9:30am** in Courtroom **1**, United States Bankruptcy Court, Robert N. C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA  19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:    October 23, 2018